NO. 07-10-0018-CR

                                                             

                                                   IN
THE COURT OF APPEALS

 

                                       FOR THE
SEVENTH DISTRICT OF TEXAS

 

                                                                 AT
AMARILLO

 

                                                                     PANEL
D

 

                                                               AUGUST
3, 2010

                                            ______________________________

 

                                                         JOEL JACOB FLORES, 

 

                                                                                                            Appellant

 

                                                                             v.

 

                                                        THE STATE OF TEXAS, 

 

                                                                                                            Appellee

                                           _______________________________

 

                      FROM THE 396TH
DISTRICT COURT OF TARRANT COUNTY;

 

                         NO. 1102149D; HON.
GEORGE GALLAGHER, PRESIDING

                                           _______________________________

 

Anders Opinion

_______________________________

 

Before QUINN, C.J., and CAMPBELL and PIRTLE,
JJ.

Joel
Jacob Flores (appellant) appeals his conviction for aggravated sexual assault
of a child under fourteen years of age.  Appellant’s appointed
counsel has now filed a motion to withdraw, together with an Anders[1]
brief, wherein he certified that, after diligently searching the record, he
concluded that the appeal was without merit. 
Along with his brief, appellate counsel filed a copy of a letter sent to
appellant informing him of counsel’s belief that there was no reversible error
and of appellant’s right to file a response pro se.  Appellant timely filed a pro se response.

            In compliance with the principles
enunciated in Anders, appellate counsel discussed three potential areas
for appeal.  They included the 1)
admonishments concerning punishment and sex offender registration, 2) amount of
punishment assessed and 3) ineffective assistance of counsel.  However, counsel then proceeded to explain
why the issues were without merit.

            In addition, we have conducted our
own review of the record and appellant’s pro
se response to assess the accuracy of appellate counsel’s conclusions and
to uncover any reversible error pursuant to Stafford v. State, 813
S.W.2d 508 (Tex. Crim. App. 1991).  After
doing so, we concur with counsel’s conclusions. 


            Accordingly, the motion to withdraw
is granted, and the judgment is affirmed.[1] 

 

                                                                                    Brian
Quinn 

                                                                                    Chief
Justice

 

Do not publish.     

 

 

 











[1]See
Anders v. California, 386 U.S. 738, 744-45, 87 S.Ct.
1396, 18 L.Ed.2d 493 (1967). 





[1]Appellant has the right to file a pro
se petition for discretionary review from this opinion.